[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 2, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-11063
Non-Argument Calendar

_____

D. C. Docket No. 99-00152-CR-J-20-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

J. H. HARDY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 2, 2009)

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for J. H. Hardy in this appeal, has

moved to withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hardy's revocation of supervised release and resulting sentence are **AFFIRMED**.